Juan Manuel **GONZALES,**
Petitioner—Appellant,

v.

**C.A. TERHUNE, in his capacity as head of the California Department of Corrections, Respondent—Appellee.**

No. 07–15120.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 18, 2009.*

Filed March 2, 2009.

Juan Manuel Gonzales, Crescent City, CA, pro se.

Edward W. Swanson, Esq., Swanson & McNamara, LLP, San Francisco, CA, Cliff Gardner, Esq., Law Offices of Cliff Gardner, Oakland, CA, for Petitioner–Appellant.

Gregory A. Ott, Esq., California Attorney General's Office, San Francisco, CA, for Respondent–Appellee.

Before: BEEZER, FERNANDEZ, and W. FLETCHER, Circuit Judges.

MEMORANDUM **

Juan Manuel Gonzales, a California state prisoner, appeals pro se from the district court's judgment denying his 28 U.S.C. § 2254 petition. We have jurisdiction pursuant to 28 U.S.C. § 2253, and we affirm.

Gonzales contends that the government violated his due process rights under *Bra-*

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

*dy v. Maryland,* 373 U.S. 83, 83 S.Ct. 1194, 10 L.Ed.2d 215 (1963), by failing to disclose the identity of a potential exculpatory witness. Based upon our independent review of the record, we conclude that the state court's decision rejecting this claim was not contrary to, and did not involve an unreasonable application of, clearly established federal law, as determined by the Supreme Court of the United States, nor was it based on an unreasonable determination of the facts in light of the evidence presented in state court. *See* 28 U.S.C. § 2254(d); *see also Wood v. Bartholomew,* 516 U.S. 1, 5–6, 116 S.Ct. 7, 133 L.Ed.2d 1 (1995).

We construe Gonzales's briefing of uncertified issues as a motion to expand the certificate of appealability, and we deny the motion. *See* 9th Cir. R. 22–1(e); *Hiivala v. Wood,* 195 F.3d 1098, 1104–05 (9th Cir.1999) (per curiam).

**AFFIRMED.**